WILLIAM A. FORCE & CO., Inc., v. INDEPENDENT MFG. CO. et al. (Circuit Court of Appeals, Second Circuit. March 13, 1905.) No. 13. Appeal from the Circuit Court of the United States for the Eastern District of New York. Henry Schreiter, for appellant. H. A. West, for appellees. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree (124 Fed. 72) affirmed, on opinion of Circuit Judge.

---

LINCOLN MFG. CO. v. NEW HAVEN CLOCK CO. (Circuit Court, S. D. New York. October 17, 1904.) On Motion to Make Complaint More Definite and Certain. R. Floyd Clarke, for the motion. George Alfred Lamb, opposed.

LACOMBE, Circuit Judge. In view of the phraseology of the contract sued upon, the complaint is not entirely clear, and the motion is granted, so far as the first two propositions in the moving papers are concerned. When that is done, there need be no difficulty about answering the complaint, and whether or not a bill of particulars should be required can then be determined. There will have to be a substitution of attorney for the plaintiff. George Alfred Lamb, whose name appears on the papers, is a member of the state bar, and therefore properly began the cause in the state court; but he has never been admitted to practice at the bar of the United States Circuit Court in this District.

---

UNITED STATES v. CHAMBERS. (Circuit Court, S. D. New York. December 1, 1904.) Ernest E. Baldwin, Asst. U. S. Atty. Hays & Hirshfield, (Max J. Kohler, of counsel), for defendant.

THOMAS, District Judge. The motion to dismiss the indictment because of the illegal use of the schedules in bankruptcy before the grand jury is granted.